**PRECEDENTIAL**

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1773
_____

JOHN IVAN SUTTER, M.D.
v.
OXFORD HEALTH PLANS LLC,
Appellant

_____

On Appeal from the District Court
for the District of New Jersey
(No. 05-cv-2198)
District Judge: Honorable Garrett E. Brown

_____

Before: FUENTES, CHAGARES, *Circuit Judges*, and POGUE, *Judge*[1]

**ORDER AMENDING OPINION**

It appearing that first paragraph, first line of the opinion filed April 3, 2012 omitted the first name of the appellee, at the direction of the Court it is hereby O R D E R E D that the opinion is amended as follows:

Oxford Health Plans, LLC, and Dr. John Ivan Sutter are parties to a Primary Care Physician Agreement, drafted by Oxford, which contains a broad arbitration clause.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:       April 4, 2012
MB/cc:     Eric D. Katz, Esq.
            P. Christine Deruelle, Esq.

---

[1] Hon. Donald C. Pogue, Chief Judge, United States Court of International Trade, sitting by designation.

Adam N. Saravay, Esq.
Edward Soto, Esq.